FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Daniel Tenner
_____
Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

**CIVIL ACTION**

NO. **23-5866**

versus

Wilkie
_____
Jody  Banks
_____
Timothy  Berman
_____
C. Joseph
_____
C. Thomas
_____

**SECTION**

**SECT. T MAG. 1**

Print the full name of all defendants in this
action.
**DO NOT WRITE et al.**

COMPLAINT

I.    Previous Lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved
in this action or otherwise relating to your imprisonment?
Yes ( )  No ( ✓)

TENDERED FOR FILING

OCT 0 5 2023

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

B.    If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1.    Parties to the previous lawsuit

        Plaintiffs  _____

        _____

        Defendants  _____

        _____

    2.    Court (If federal court, name of the district court; if state court, name the parish.)

    3.    Docket Number _____

    4.    Name of judge to whom case was assigned _____

    _____

    5.    Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

    _____

    6.    Approximate date of filing lawsuit _____

    7.    Approximate date of disposition _____

C.    Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )  No ( )

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____

_____

II.    PLACE OF PRESENT CONFINEMENT: ___Jefferson Parish Correctional Center___

A.    Is there a prisoner grievance procedure in this institution?
Yes (✓)  No ( )

B.    Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓)  No ( )

C.    If your answer is "yes",

    1.    Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

2

2.    As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _____

D.    If your answer is NO, explain why you have not done so: _____

_____

_____

_____

## III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A.    Full Name of Plaintiff
(First - Middle - Last)    Daniel    Tenner

Prisoner Number    100 2233938

Address    117 Santon Chit    Jackson    MS, 39212

Date of Birth    09 - 22 - 2001

Date of Arrest    05 - 19 - 2022

Date of Conviction    07 - 15 - 2023

**IMPORTANT:** In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B.  Defendant _Jody banks_ is employed as _Ranked Officer_ at _Jefferson Parish correctional center_

Address for service: _____

C.  Defendant _Wilkie_ is employed as _Captain_ at _Jefferson Parish correctional center_

Address for service: _____

D.  Defendant _Timothy berrian_ is employed as _Leautenant_ at _Jefferson Parish correctional center_

Address for service: _____

E.  Defendant _C. Joseph_ is employed as _Deputy_ at _Jefferson Parish correctional center_

Address for service: _____

F.  Defendant _C. Thomas_ is employed as _Deputy_ at _Jefferson parish correctional center_

Address for service: _____

G.  Defendant _____ is employed as _____ at _____

Address for service: _____

IV.  **Statement of Claim**

(State here as briefly as possible the **facts** of your case. Describe how each defendant is involved. Include also the names of other **persons** involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

On this date 07-15-2023 After I was convicted after trial I had a ~~confrontation~~ disagreement with one of the deputy and Ranked officer banks was called to the tank to try to get me to remove the braids I had on after trail not in the cuffs, once he was able to put

me in the cuffs and took me to medical
mr. deputy officers office named

V.  **Relief**

(Continued on paper(s))

**(State briefly exactly what you want the court to do for you.** Make no legal arguments. Cite no cases or statutes.)

I would like to sue Captain Wilkie
cause it is illegal to cause harm
to one who is detained.

VI.  **Plaintiff's Declaration**

1)  I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)  I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)  I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)  I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this ___23___ day of _____August_____, 20_23_.

Daniel Lemus
(Signature of Plaintiff)

04/2006

5

# Jefferson Parish Sheriff's Office

## INMATE GRIEVANCE FORM

You must send this form to the Correctional Administrator within ninety (90) days of the incident complained of. Forward the completed form via the mail officer. Use a separate form for each grievance. **DO NOT** file duplicate grievances. A response will be submitted to the Administrator within fifteen (15) days of assignment. If you do not receive a response within a timely manner, you may file a request for grievance review.

_____     _____     _____
Inmate's Name Printed                          Date of Birth                  Housing Location

_____     _____     _____
Date of Incident                              Inmate CCN#                  Date Grievance Filed

Summary of Complaint:_____

_____

_____

_____

_____

_____

_____

**STATE YOUR ATTEMPT TO RESOLVE THIS COMPLAINT WITH AN OFFICER**
**(Failure to complete this section will result in denial of grievance):**_____

_____

_____

_____

Name of personnel involved:_____

_____

Name and location of witnesses:_____

_____

_____

**I authorize the JPCC Medical Department to release to the first responder any and all medical records relating to the factual basis of this grievance.**    Signed:_____
                                                                         Inmate Signature

| **DO NOT WRITE BELOW THIS LINE:** | **FOR ADMINISTRATIVE USE ONLY:** |
|---|---|
| Date received:_____ | _Rejected:_ |
| Grievance #:_____ | ☐ Anonymous |
| Screened by:_____ | ☐ Vague complaint |
| Type of complaint:_____ | ☐ Premature |
| Accepted and referred to:_____ | ☐ Request |
| Policy & Procedure Challenged: ☐ Yes ☐ No | ☐ On behalf of another/group |
| Remarks:_____ | ☐ Outside scope of procedure |
| _____ | ☐ Disciplinary appeal/ Ad. Seg. hearing |
| _____ | ☐ Multiple complaints: file separate grievances |
| _____ | ☐ Duplicate Grievance |
| _____ | ☐ Filed more than 90 days after event |
| _____ | ☐ No violation Articulated |
| _____ | ☐ Nuisance/Frivolous |
| _____ | ☐ Incomplete |
| _____ | ☐ Other: Specify:_____ |

## INMATE RECEIPT OF REJECTED / RETURNED GRIEVANCE

Revised grievance must be re-filed within ninety (90) days of the event on which this grievance is based.

_____       _____
Date                                        Inmate Signature

Revised: 11/20/19
E#: 107

## IV

Deputy officer C. Thomas, C. Joseph, Timothy Berrian and captain Wilkie arrived. once captain Wilkie arrived he had some words for me cause I guess he was in the court room as a active worker But as he get in the medical office he states "I will be somebody Property onone I get upstate" wilkie said So I respond as "he a bitch" as a resut of me saying that as I sit there cuffed he hits me to the side of the head. As he hits me Leautenant berrian grabs wilkie and Deputy C. Joseph comes in and repps me and tell me to calm Down. Deputy C. Thomas and mutiple other Deputy are standing watch with both Cams on recording. These is also a camera in medical hallway that you can view to see. After this day I had to go to the hospital, which is in documents for a busted ear drum. I wasn't took to the hospital till after 5 days of my ear drum being busted.

The only way an officer
or correctional officer is
allowed to use legal force
to contain an inmate is
if he or she causes a
threat to that officer. Other-
wise, it's illegal to cause
bodily harm to an inmate
while that individual is in
restraints.

Abuse of authority must
not be implemented nor
tolerated. this act is
illegal and unconstitutional.

MAIL UNCENSORED
JEFFERSON PARISH
CORRECTIONAL CENTER. NOT
RESPONSIBLE FOR CONTENTS

Daniel Tenner 100333938
P.O. Box 388 3c-LIA
Gretna LA 70054

Clerk U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

